UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNEE L. CARROLL,<br>Plaintiff,<br>v.<br>ANDREW M. SAUL,<br>Defendant. | Case No. 21-cv-03316-JCS<br><br>**ORDER RE MOTION FOR APPOINTMENT OF COUNSEL**<br>Re: Dkt. No. 6 |

Plaintiff Shawnee Carroll, a pro se plaintiff who is proceeding in forma pauperis having been found by the Court to be indigent, asks the Court to appoint counsel to represent her in this action. Under 28 U.S.C. § 1915(e)(1), the Court is authorized to appoint an attorney to represent any person unable to afford counsel under "exceptional circumstances." 28 U.S.C § 1915(e)(1); *United States v. Madden*, 352 F.2d 792, 794 (9th Cir. 1965). "A finding of exceptional circumstances requires an evaluation of both 'the likelihood of success on the merits [and] the ability of the petitioner to articulate [their] claims pro se in light of the complexity of the legal issues involved.' " *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986) (quoting *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983)). "Neither of these factors is dispositive and both must be viewed together before reaching a decision on request of counsel under section 1915(d)." *Id*.

This Court has already found that Plaintiff qualifies for in forma pauperis status, satisfying the financial need aspect of the Court's analysis. Therefore, the remaining and dispositive question regarding Plaintiff's motion for appointment of counsel is whether there are "exceptional circumstances" to warrant the appointment of counsel. At this early stage of the case, the Court is unable to determine whether Plaintiff is likely to succeed on the merits; it is also premature to

make a determination as to whether Plaintiff will be able to articulate her claims without the appointment of counsel. Therefore, the Court concludes Plaintiff has not demonstrated the existence of exceptional circumstances that warrant appoint of counsel at this time. The Court DENIES Plaintiff's motion without prejudice to renewing her request for appointment of counsel at a later stage of the case.

Plaintiff is encouraged to consult with the Federal Pro Bono Project's Legal Help Center in either of the Oakland or San Francisco federal courthouses for assistance. Appointments, which are being conducted remotely during the public health emergency, can be made by calling (415) 782-8982. Lawyers at the Legal Help Center can provide basic assistance to parties representing themselves but cannot provide legal representation.

**IT IS SO ORDERED.**

Dated: May 7, 2021

_____
JOSEPH C. SPERO
Chief Magistrate Judge